THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: September 27, 2013

Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In re:                                                Chapter 13

**SHALONDA BOATMAN**                                  Case No. 11-32895-svk

        Debtor.
_____

**ORDER REGARDING RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**
_____

Upon consideration of the Stipulation of the parties regarding the Motion of Northridge Lakes - Woodlake Owners Association, Inc. ("Northridge Lakes") for Relief from Automatic Stay and Abandonment ,

IT IS HEREBY ORDERED that Northridge Lakes shall file a supplemental claim for the Debtor's post-petition arrears, plus $800.00 for Northridge Lakes' attorneys' fees and costs, in all a total of $2,854.61;

Lydia J. Chartre, Esq.
WHYTE HIRSCHBOECK
DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: lchartre@whdlaw.com
WHD/9799515.1

That a six month doomsday provision will be in effect regarding payments due to Northridge Lakes commencing October 2013; and

That following the six month doomsday, Northridge Lakes shall have the right thereafter to renew its Motion by letter to the Court for the duration of Debtor's Plan.

# # # # #