UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                      )
                                            )   Case No. 11-32895-svk
SHALONDA BOATMAN,                           )   Chapter 13
                                            )
         Debtor.                            )

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Shalonda Boatman has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Anton B. Nickolai
> Nickolai & Poletti, LLC
> 308 Milwaukee Avenue
> Burlington, WI 53105

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Drafted by:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
(262) 757-8444; Fax (262) 287-9725
anton@nickolailaw.com

1

**REQUEST TO MODIFY CHAPTER 13 PLAN**

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. __X__ post-confirmation;

    B. _____ pre-confirmation (Select i. or ii.);

       i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

       ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: <u>The debtor intends to amend her plan to ensure plan feasibility.</u>

4. The reason(s) for the modification is/are: <u>the debtor is responding to a motion to dismiss filed by the trustee.</u>

5. Select A. or B.

    A. __X__ The Chapter 13 Plan confirmed on January 26, 2012, is modified as follows:

    > **(a) Debtor's plan payment shall increase to $178.00 bi-weekly for the duration of the plan to ensure plan feasibility.**

    B. _____ The unconfirmed Chapter 13 Plan dated _, is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND**

PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.

**CERTIFICATION**

I, Anton B. Nickolai, attorney for the debtor, Shalonda Boatman, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

| /s/ Anton B. Nickolai | January 11, 2016 |
|---|---|
| Counsel for the debtor | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: <u>January 11, 2016</u>.

Nickolai & Poletti, LLC
Attorneys for Debtor

 /s/ Anton B. Nickolai
By: Anton B. Nickolai
State Bar No. 1060676

Drafted by:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI  53105
(262) 757-8444; Fax (262) 287-9725
anton@nickolailaw.com